# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22 MJ 3223**          Date **07/06/2022**

USAO No. **2022R00448**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          ☐ Removal Proceedings in

United States v. **Erik Marmelejos Burgos and Nicole Artiles Only**

The Complaint/Rule 40 Affidavit was filed on **April 7, 2022**

*U.S. Marshals please withdraw warrant*

**BRANDON HARPER** Digitally signed by BRANDON HARPER
Date: 2022.07.06 15:40:40 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Brandon D. Harper**
(print name if signature handwritten)

**SO ORDERED:**
DATE: **7/6/2022**

*[signature]*

UNITED STATES MAGISTRATE JUDGE